JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ELIZABETH GAN,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S WEST STORES, INC.; and DOES 1 to 20,<br><br>    Defendant. | Case No. 8:16-cv-1478 JLS (JCGx)<br><br>**ORDER ON STIPULATION TO REMAND CASE TO SUPERIOR COURT**<br><br>Action Filed: May 23, 2016 |

Upon consideration of the parties' stipulation, it is hereby ordered that this action is **REMANDED** to the State of California, County of Orange, as Case No. 30-2016-00854069-CU-PA-CJC. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: October 14, 2016

_____
Hon. Josephine L. Staton
United States District Judge

1